[No. 13596-5-II.  Division Two.  March 7, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDERICK JAMES WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 89-1-00501-6, Karen B. Conoley, J., entered January 18, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Morgan, J.

[No. 13666-0-II.  Division Two.  March 7, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. CLEMENTE GARCIA-RAMIREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-1-02802-8, Waldo F. Stone, J., entered February 14, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Morgan, J.

[Nos. 13027-1-II; 13202-8-II;  Division Two.  March 7, 1991.]
      13203-6-II.

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER FURTADO, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. LARRY SHEAKLEY, *Appellant*.

Appeals from judgments of the Superior Court for Mason County, Nos. 89-1-00069-5, 89-1-00073-3, James B. Sawyer II, J., entered June 19 and August 21, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Alexander, J.